**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WARNER BROS. RECORDS, INC., etc., et al., | ) ) ) | |
| Plaintiff, | ) ) | 1:08-cv-0110 OWW SMS |
| v. | ) ) | |
| JOSH KUKENDALL, | ) ) ) | ORDER DISMISSING ACTION PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL |
| Defendant | ) ) | |

Pursuant to the notice of voluntary dismissal submitted by the plaintiff, and no appearance having yet been made by the defendant, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **March 21, 2008**          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

1